**07 CRIM.  776**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : **SEALED INDICTMENT** |
| - v. - | : 07 Cr. |
| JOSE V. TERRAZAS, a/k/a "Jose Victor Terrazas-Casares," a/k/a "Roberto Martinez-Rivera," | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 20

COUNT ONE

1. The Grand Jury charges:

On or about December 2, 2006, in the Southern District of New York and elsewhere, the defendant, JOSE V. TERRAZAS, a/k/a "Jose Victor Terrazas-Casares," a/k/a "Roberto Martinez-Rivera," the defendant, unlawfully, willfully, and knowingly did make false statements under oath, in a case, proceeding, and matter relating to, and under, and by virtue of a law of the United States relating to naturalization, citizenship, and registry of aliens, to wit, TERRAZAS made the following false statements in an Application for Naturalization:

    1C. If you have ever used other names [besides Jose V. Terrazas], provide them below.

        NONE

                  *   *   *

    16. Have you ever been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason?

JUDGE HOLWELL

        ___ Yes     X  No

17. Have you ever been charged with committing any crime or offense?

        ___ Yes     X  No

18. Have you ever been convicted of a crime or offense?

        ___ Yes     X  No

        \*   \*   \*

20. Have you ever received a suspended sentence, been placed on probation or been paroled?

        ___ Yes     X  No

21. Have you ever been in jail or prison?

        ___ Yes     X  No

        \*   \*   \*

24. Have you ever lied to any U.S. government official to gain entry or admission into the United States?

        ___ Yes     X  No

(Title 18, United States Code, Section 1015(a).)

### COUNT TWO

2. The Grand Jury charges:

On or about August 14, 2007, in the Southern District of New York, the defendant, JOSE V. TERRAZAS, a/k/a "Jose Victor Terrazas-Casares," a/k/a "Roberto Martinez-Rivera," the defendant, unlawfully, willfully, and knowingly did make false statements under oath, in a case, proceeding, and matter relating

to, and under, and by virtue of a law of the United States relating to naturalization, citizenship, and registry of aliens, to wit, TERRAZAS made the following false statements to an immigration officer of the Department of Homeland Security, United States Citizenship and Immigration Services, during his naturalization interview:

    Q.    What is your full true and correct name?

    A.    Jose Victor Terrazas

    Q.    Have you ever used any other names?

    A.    <u>No.</u>

*　*　*

    Q.    Have you ever been arrested, cited or detained by any law enforcement officer (including USCIS or former INS- including Border Patrol Officers and military officers) for any reason?

    A.    <u>No.</u>

    Q.    Have you ever been charged with committing any crime or offense?

    A.    <u>No.</u>

*　*　*

    Q.    Have you ever received a suspended sentence, been placed on probation or been paroled?

    A.    <u>No.</u>

    Q.    Have you ever been in jail?

    A.    <u>No.</u>

       \*  \*  \*

Q. Have you ever lied to any US Government official to gain entry of admission into the United States?

A. <u>No.</u>

(Title 18, United States Code, Section 1015(a).)

*[signature]*
FOREPERSON

*[signature]*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE V. TERRAZAS,
a/k/a "Jose Victor Terrazas-Casares,"
a/k/a "Roberto Martinez-Rivera,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1015(a).)

_____
                    MICHAEL J. GARCIA
                    United States Attorney.

A TRUE BILL

_____
                                    Foreperson.

Indictment filed under seal. Arrest warrant issued for defendant Terrazas.
Francis, J.

SRM 8/20/07