Case 1:07-cr-00776-UA   Document 8   Filed 11/13/2007   Page 1 of 1

125 BROAD STREET
NEW YORK, N.Y. 10004-2498



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

October 26, 2007

<u>Via Facsimile</u>

Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007

      Re:   <u>United States v. Jose Terrazas</u>, 07 Cr 776 (RJH)

Dear Judge Holwell:

      I write to request an adjournment of the status conference in the above-captioned case from Wednesday, October 31, 2007 at 10:00 a.m. to Friday, November 2, 2006 at 10:00 a.m. I make this request because I am scheduled to appear for jury duty on October 31. The Government consents to the adjournment and asks that time be excluded under the Speedy Trial Act until November 2, 2007. The defense has no objection to this exclusion of time.

Respectfully submitted,

Steven R. Peikin

cc: AUSA Adam S. Hickey

[Handwritten notation: Conference adjourned to 11/2/07. Time is excluded under the STA from today to 11/2/07 in the interests of justice to permit defendant to be adequately represented by counsel. SO ORDERED. /s/ 10/26/07 USDJ]