125 BROAD STREET
NEW YORK, N.Y. 10004-2498

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

December 7, 2007

**BY HAND**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 1950
New York, NY 10007

     Re:    United States v. Jose Terrazas, 07 Cr 776 (RJH)

Dear Judge Holwell:

     We represent defendant Jose Terrazas in this case. Mr. Terrazas intends to move to dismiss the indictment. We have conferred with the government and agreed on the following proposed briefing schedule: defendant's motion due January 23, 2008; government's response due February 8, 2008; defendant's reply due February 15, 2008.

     In view of this, we respectfully request that the status conference scheduled for Friday, December 14, 2007 at 10:30 a.m. be adjourned to a time convenient for the Court following the briefing of defendant's motion. The Government consents to the adjournment assuming that time will be excluded under the Speedy Trial Act until the next conference. We have no objection to the proposed exclusion of time.

Respectfully,

Steven R. Peikin

cc: AUSA Adam S. Hickey (By Hand)

*[Handwritten note from Judge:]* Proposed schedule adopted. A hearing on the motion will be held on March 20, 2008 at 12:00 pm. Time is excluded under the STA from today to March 20, 2008 to permit defendant adequate opportunity to prepare and file his proposed motion. The exclusion of time is in the interests of justice and outweighs the interest of the public and the defendant in a speedy trial. So ORDERED. /s/ Holwell USDJ 12/7/07