U.S. Department of Justice



United States Attorney
Southern District of New York

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2007

**BY FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:  **United States v. Jose V. Terrazas**,
         07 Cr. 776 (RJH)

Dear Judge Holwell:

    On the defendant's motion, the pre-trial conference before Your Honor that was previously scheduled for Friday, December 14, 2007, has been rescheduled by Your Chambers for Thursday, March 20, 2008, at 12:00 p.m., so that the defendant could prepare and file a motion to dismiss the Indictment.

    The Government respectfully requests that the Court exclude time from today until March 20, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to continue his review of the materials produced during discovery and to file the contemplated motion.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

Hon. Richard J. Holwell
December 19, 2007
Page 2 of 2

    Defense counsel has specifically consented to this request for the exclusion of time.

*Application Granted.*
*Time excluded under the STA*
*from today to 3/20/08*
*in the interests of justice for*
*the above stated reasons.*
    SO ORDERED
*[signature]*
*USDJ*
*12/19/07*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Adam S. Hickey
Assistant United States Attorney
Tel.: (212) 637-1039

cc:  Steven R. Peikin, Esq.
     Amy E. Howlett, Esq.