125 BROAD STREET
NEW YORK, N.Y. 10004-2498





February 15, 2008

**BY HAND**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 1950
New York, NY 10007

        Re:   United States v. Jose Terrazas, 07 Cr 776 (RJH)

Dear Judge Holwell:

        Enclosed please find two courtesy copies of defendant's Reply Memorandum of Law in Further Support of His Motion to Dismiss the Indictment, which has been served upon the government.

        Oral argument on this motion is currently scheduled for March 20, 2008. Due to a scheduling conference, I respectfully request an adjournment to April 4, 2008 at 11:30 a.m., a date suggested by Your Honor's court deputy. The Government consents to the adjournment and asks that time be excluded. Defendant consents to the exclusion of time.

*Oral argument adjourned to 4/4/08 at 11:30 a.m. Time is excluded under the STA for the reasons stated above and in the interest of justice*

Respectfully,

*[signature]*

Steven R. Peikin

SO ORDERED

*[signature]*
USDJ
3/11/08

cc:   AUSA Adam S. Hickey (By Hand)