

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08

March 11, 2008



RECEIVED
MAR 11 2008
CHAMBERS OF
RICHARD J. HOLWELL

BY FACSIMILE

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:  **United States v. Jose V. Terrazas**,
         07 Cr. 776 (RJH)

Dear Judge Holwell:

    On the defendant's motion, the pre-trial conference before Your Honor that was previously scheduled for March 20, 2008, has been rescheduled by Your Chambers for Friday, April 4, 2008, at 11:30 a.m.

    The Government respectfully requests that the Court exclude time from March 20, 2008 until April 4, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow defense counsel to prepare for oral argument on the pending motion to dismiss.

    Defense counsel has specifically consented to this request for the exclusion of time.

*[Handwritten: Time is excluded under the STA from today to 4/4/08 for the reasons stated above and in the interests of justice*

*SO ORDERED:*
*[signature] Richard Holwell USDJ 3/14/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

    by: [signature]
Adam S. Hickey
Assistant United States Attorney
Tel.: (212) 637-1039

cc:  Steven R. Peikin, Esq.
    Amy E. Howlett, Esq.