

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2008

**BY FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

Re: **United States v. Jose V. Terrazas**,
    07 Cr. 776 (RJH)

Dear Judge Holwell:

Today the Court rescheduled the conference previously scheduled for tomorrow, June 13, 2008, for July 18, 2008, at 12 p.m. The Government respectfully requests that the Court <u>exclude time from June 13, 2008 until July 18, 2008,</u> pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by the exclusion outweighs the best interest of the public and the defendant in a speedy trial because a ruling on the defendant's motion to dismiss, now under advisement by the Court, could potentially dispose of the charges pending against the defendant in the Indictment or affect the parties' preparation for trial and trial strategy. Accordingly, scheduling a trial date while the motion is pending would be to the disadvantage of both the Government and the defendant. Moreover, defense counsel has specifically consented to this request for the exclusion of time.

*Application Granted.*
*Time is excluded under the*
*STA for the reasons stated.*
*SO ORDERED.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Adam S. Hickey
Assistant United States Attorney
Tel.: (212) 637-1039

USDJ 6/13/08

cc: Steven R. Peikin, Esq. (by facsimile)
    Amy E. Howlett, Esq. (by facsimile)

TOTAL P.02